Reversed and Remanded and Memorandum Opinion filed July 1, 2004









Reversed and Remanded and Memorandum Opinion filed
July 1, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01197-CV

____________

 

JOE ARBONA,
Appellant

 

V.

 

FLORISTS
TRANSWORLD DELIVERY, Appellee

 



 

On Appeal from the
165th District Court

 Harris County, Texas

Trial Court Cause
No. 00‑47291 

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed
May 2, 2003.

On June 17, 2004, the parties filed a
joint motion to reverse the judgment pursuant to a settlement agreement. 
See Tex. R. App. P. 42.1(a)(2)(B).  The motion is granted.

Accordingly, the judgment is reversed
without regard to the merits and the cause is remanded to the trial court for
rendition of judgment in accordance with the parties= agreement.

 

PER CURIAM








Judgment
rendered and Memorandum Opinion filed July 1, 2004.

Panel consists
of Justices Yates, Anderson, and Hudson.